# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Meara, John Corbett | Eastern District of MI | 05/11/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active, U.S. District Judge | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court 200 E. Liberty Street Ann Arbor, MI 48104 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | U.S. District Court, Eastern District of Michigan, Historical Society |
| 2. Director | Michigan Opera Theatre |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Internet: Director's Fees |
| 2. | 2005 | Dickinson Wright LLPC |
| 3. | 2005 | Private Practice |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HILLSDALE COUNTY NATIONAL BANK COMMON STOCK | A | Dividend | J | T | | | | | |
| 2. BANK ONE CHECKING ACCOUNT(CASH) | B | Interest | K | T | | | | | |
| 3. MERRILL LYNCH CMA(CASH) (NOTE 1) | C | Dividend | L | T | | | | | |
| 4. MERRILL LYNCH CMA (Lines 5 THROUGH 35) | | | | | | | | | |
| 5. ALTRIA GROUP INC. (Was known as Philip Morris) | C | Dividend | | | S | 5/6 | L | E | Non-private |
| 6. AMBAC FINCL GRP NY | A | Dividend | J | T | | | | | |
| 7. AMER EXPRESS COMPANY COM | A | Dividend | L | T | | | | | |
| 8. AMERIPRISE FINL INC | A | Dividend | L | T | B | 5/6 | L | | Non-private |
| 9. ANADARKO PETE CORP | A | Dividend | J | T | | | | | |
| 10. BRISTOL MYERS SQUIBB CO COM | B | Dividend | M | T | | | | | |
| 11. EASTMAN CHEMICAL CO COM | A | Dividend | J | T | | | | | |
| 12. FORD MOTOR CO NEW | A | Dividend | | | S | 1/7 | J | A | Non-private |
| 13. GENERAL DYNAMICS COPR | A | Dividend | J | T | | | | | |
| 14. GEORGIA PACIFIC CORP | A | Dividend | J | T | | | | | |
| 15. JP MORGAN CHASE AND CO | A | Dividend | J | T | | | | | |
| 16. JONES APPAREL GP INC. COM | A | Dividend | J | T | | | | | |
| 17. LEHMAN BROTHERS HLDGS COM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. LOWES COMPANIES INC. | A | Dividend | J | T | | | | | |
| 19. MINNESOTA MNG MFG COM | A | Dividend | | | S | 9/27 | K | C | Non-private |
| 20. MORGAN ST DEAN WTTR DISC | A | Dividend | J | T | | | | | |
| 21. NUVEEN HIGH YIELD | A | Dividend | L | T | B | 9/27 | L | | Non-private |
| 22. PHILIP MORRIS COS INC COM (NOW ALTRIA) | A | Dividend | | | S | 9/27 | J | C | Non-private |
| 23. PROCTOR GAMBLE COM | B | Dividend | K | T | | | | | |
| 24. TARGET CORP COM | A | Dividend | J | T | | | | | |
| 25. 3 M COMPANY | A | Dividend | K | T | B | 2/18 | K | | Non-private |
| 26. UNION PACIFIC CORP COM | A | Dividend | J | T | | | | | |
| 27. UNITED HEALTH GROUP INC. (United Healthcare Group) | A | Dividend | J | T | | | | | |
| 28. UNITED TECHNOLOGIES CORP | A | Dividend | J | T | | | | | |
| 29. VISTEON CORP DELAWARE (Spun off FMC) | A | Dividend | | | S | 1/7 | J | C | Non-private |
| 30. WELLPOINT H NWRK | A | Dividend | | | S | 6/6 | J | C | Non-private |
| 31. WELLS FARGO & CO. NEW DEL | D | Dividend | M | T | | | | | |
| 32. ZIMMER HOLDINGS INC COM | A | Dividend | | | S | 9/27 | J | C | Non-private |
| 33. UNIVERSITY MI UNIV REVS | A | Interest | K | T | | | | | |
| 34. U.S. TREASURY NOTE | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less | G =$100,001 - $1,000,000 K =$15,001 - $50,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 | |
| 3. Value Method Codes (See Column C2) | N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | O =$500,001 - $1,000,000 R =Cost (Real Estate Only) V =Other | P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 S =Assessment W =Estimated | P2 =$5,000,001 - $25,000,000 T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CMA TAX EXEMPT FUND (INCLUDES RETIREMENT RESERVES FUND) | D | Interest | O | T | | | | | |
| 36. JCO IRA MERRILL LYNCH (LINES 37 THROUGH 53) | | | | | | | | | |
| 37. ALLIANCEBERNSTEIN PREMIER GROWTH FD ADV CL | A | Dividend | | | S | 2/16 | J | C | Non-private |
| 38. BRANDY WINE BLUE FUND | A | Dividend | L | T | | | | | |
| 39. CALVERT INCOME FUND COM | A | Dividend | M | T | | | | | |
| 40. EATON VANCE FLOATING RATE FUND | A | Dividend | L | T | | | | | |
| 41. LOOMIS SAYLES BOND FD | A | Dividend | L | T | | | | | |
| 42. NEUBERG & BERMIN GENESIS TRUST | A | Dividend | L | T | | | | | |
| 43. THORNBURG INTERNATIONAL VALUE FD A | A | Dividend | L | T | | | | | |
| 44. PIMCO TOTAL RETURN FD | D | Dividend | M | T | | | | | |
| 45. ML BASIC VALUE FD CL A | A | Dividend | | | S | 2/16 | M | C | Non-private |
| 46. OPPENHEIMER CAPITAL APRECIATION CL A | A | Dividend | K | T | | | | | |
| 47. FPA NEW INCOME INC | A | Dividend | M | T | | | | | |
| 48. ML AGGREGTE BD INDEX CL A | A | Dividend | L | T | | | | | |
| 49. FIDELITY ADV DIV INTL 1 (X) | A | Dividend | K | T | | | | | |
| 50. SCUDDER FIXED INCOME FD (X) | A | Dividend | K | T | | | | | |
| 51. RETIREMENT RESERVES FUND | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dickinson Wright HR-10 Account | E | Dividend | | | RO to 54 IRA | 10/3 | N | | Roll over |
| 53. Dickinson Wright 401(K) Account | D | Dividend | | | RO to 54 IRA | 10/3 | O | | Roll over |
| 54. IRA - MERRILL LYNCH ▉ (Lines 55 through 57) | | | | | | | | | |
| 55. RETIREMENT RESERVES FUND | A | Interest | J | T | | | | | |
| 56. MILBANK USA RASP | A | Dividend | O | T | | | | | |
| 57. ML FUNDAMENTAL GROWTH A | A | Dividend | L | T | | | | | |
| 58. THIS LINE 58 IS LAST LINE | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Note 1 (Line 5): ████████ I have a ███████ Merrill Lynch CMA (Cash Management Account) which we use as a checking account. The balance in the account on any given day draws interest at the money market rate.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 05/11/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu_____ Date___ May 11, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544